JS-6 ENTER

**FILED**
AUG 12 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVE MARTIN BERINTI, ) | Case No. CV 08-1782-VAP (MLG) |
|     Petitioner, ) | JUDGMENT |
|     v. ) | |
| I.D. CLAY, Warden, ) | |
|     Respondent. ) | |

IT IS ADJUDGED that the petition herein is dismissed without prejudice.

Dated: Aug 6 2008

_____
Virginia A. Phillips
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 12 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY